JOHNSON v. PRINE.

JUDGMENT.—*Appraisement.*— *Waiver.*—*Supreme Court.*—*Practice.*—In an action upon a promissory note, not containing any waiver of relief from valuation laws, judgment without such relief should not be rendered; but if the defendant appear to the action and allow such judgment to be rendered without objecting, he can not raise such question, for the first time, in the Supreme Court, on appeal.

From the Grant Circuit Court.

*G. W. Harvey* and *J. Brownlee*, for appellant.

*I. Van Devanter*, *J. F. McDowell* and *D. V. Burns*, for appellee.

BIDDLE, J.—Prine sued Johnson on a promissory note, which did not waive the benefit of the appraisement laws. Answer; reply; trial by the court; finding for Prine; motion for a new trial; overruled; exceptions; judgment; appeal.

The court rendered judgment in favor of Prine, for the amount found due, " and that he have execution without relief from valuation laws of Indiana." This was erro-

neous; but as the evidence is not before us, and as Johnson did not object to the form of the judgment, and did not reserve any exceptions to its rendition, nor ask relief below, he can not present the question here. *Smith* v. *Dodds*, 35 Ind. 452; *Atkisson* v. *Martin*, 39 Ind. 242; *Lewis* v. *Edwards*, 44 Ind. 333.

This is the only question discussed in the appellant's brief.

The judgment is affirmed, with costs.

Petition for a rehearing overruled.